CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 09 2016

JULIA C. DUDLEY, CLERK
BY: HMcDona
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT MCKINLEY BLANKENSHIP, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHWEST VA REGIONAL JAIL ) <br> AUTHORITY, <u>et al.</u>, ) <br> Defendants. ) | Civil Action No. 7:16-cv-00021 <br><br> ORDER <br><br> By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that any claims against the Abingdon Regional Jail are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the Abingdon Regional Jail is **TERMINATED** as a defendant.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This  9th  day of February, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge